UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Grumpy Cat Limited

    Plaintiff,

v.

The Individuals, Corporations, Limited Liabiltiy Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto

    Defendant.

Case No.: 1:19−cv−06676

Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2019:

    MINUTE entry before the Honorable Steven C. Seeger: Motion hearing held on November 13, 2019. Counsel discussed Plaintiff's motion for preliminary injunction [Dckt. No. [57]]. Plaintiff's counsel and Intervenor's counsel appeared at the hearing. Defendants did not appear. The Court discussed various objections to the proposed preliminary injunction order. As discussed at the last hearing, the Court directs Plaintiff to submit its proposed preliminary injunction order in Word to the proposed order inbox (proposed_order_seeger@ilnd.uscourts.gov). Plaintiff will remove any references to copyright infringement, as Plaintiff informed the Court that any reference to copyright were in error. By November 18, 2019, Intervenor shall file redline edits to Plaintiff's proposed order. Per the Court's direction [Dckt. No. [56]], Plaintiff submitted to Intervenor screenshots identifying 377 individual sellers offering allegedly infringing products on Intervenor#039;s website. Plaintiff's counsel informed the Court that it had never attempted to use Intervenor's takedown procedures. And during the hearing, Intervenor's counsel agreed to remove those products identified by Plaintiff. The Court directs Intervenor to provide Plaintiff with the paperwork associated with its takedown procedures. Plaintiff agreed to invoke Intervenor's takedown procedures by November 15, 2019. Intervenor counsel estimated that the process takes approximately 48 hours. Intervenor shall file a notice on the docket when it has removed the products from its website. Plaintiff confirmed that Intervenor only needs to remove the infringing products from the 377 suppliers that Plaintiff identified; Plaintiff confirmed that it is not requesting that Intervenor investigate or identify any additional products. The Court also discussed Intervenor's discovery requests. The Court granted two of Intervenor's discovery requests and denied the rest as premature [Dckt. No. [56]]. Intervenor informed the Court that it does not seek additional discovery at this time. Intervenor stated its position that Intervenor should not be subject to injunctive relief. Plaintiff shall respond to Intervenor's motion in opposition to Plaintiff's motion for temporary restraining order [Dckt. No. [52]] by November 18, 2019. The Court grants Intervenor leave to file a supplemental brief by November 25, 2019. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.