IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | Case No.: 19-cv-6676 |
| Plaintiff, | Judge Steven C. Seeger |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 1565 | Ivysunday |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 27, 2019     By:  s/Michael A. Hierl
                                  Michael A. Hierl (Bar No. 3128021)
                                  William B. Kalbac (Bar No. 6301771)
                                  Hughes Socol Piers Resnick & Dym, Ltd.
                                  Three First National Plaza
                                  70 W. Madison Street, Suite 4000
                                  Chicago, Illinois 60602
                                  (312) 580-0100 Telephone
                                  mhierl@hsplegal.com

                                  Attorneys for Plaintiff
                                  Grumpy Cat Limited

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 27, 2019.

                                                                       s/Michael A. Hierl