IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GRUMPY CAT LIMITED,

                Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

                Defendants.

Case No.: 19-cv-6676

Judge Steven C. Seeger

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
| --- | --- |
| 859 | 3654100dfw |
| 882 | assumes |
| 955 | dpwihjfb |
| 957 | dsowansjng |
| 978 | fbvdjfg |
| 980 | fg-DG5FGGJ |
| 981 | fgh.DG1G |
| 996 | f-s5f44hj |
| 1002 | GFH65gg54k |
| 1079 | KKDUeuehfuper |
| 1147 | NASNISGA |
| 1188 | qyajdnn |
| 1285 | weruhvcxbvhj |
| 1298 | xdspiibnh |
| 1328 | YUJGUIKJ |
| 1329 | Yuri Huang |
| 1338 | zhu xiao hui |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: December 5, 2019          By:   s/Michael A. Hierl
                                        Michael A. Hierl (Bar No. 3128021)
                                        William B. Kalbac (Bar No. 6301771)
                                        Hughes Socol Piers Resnick & Dym, Ltd.
                                        Three First National Plaza
                                        70 W. Madison Street, Suite 4000
                                        Chicago, Illinois 60602
                                        (312) 580-0100 Telephone
                                        mhierl@hsplegal.com

                                        Attorneys for Plaintiff
                                        Grumpy Cat Limited

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 5, 2019.

s/Michael A. Hierl