IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Grumpy Cat Limited, | |
| Plaintiff, | Case No. 19-cv-06676 |
| v. | Judge Steven C. Seeger |
| The Individuals, et al., | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' EMERGENCY MOTION TO CLARIFY THE STATUS OF THE RESTRAINTS ON DEFENDANTS PAYPAL ACCOUNTS**

PLEASE TAKE NOTICE that Defendant stores "6.berta2" (No. 236), "abood.av" (No. 238), "Buy-Fast-Shop" (No. 269), "colombonach" (No. 278), and "sero_sts" (No. 470), after negotiating and agreeing with Plaintiff's counsel on arrangement pertaining to the PayPal account funds, hereby withdraw their previously filed Emergency Motion.

Dated: December 18, 2019

Respectfully submitted,

By: */s/ Matthew R. Grothouse*
Matthew R. Grothouse
Illinois Bar No. 6314834
matt@saperlaw.com
Saper Law Offices, LLC
505 N LaSalle St
Chicago, IL 60654
312.527.4100

**ATTORNEY FOR DEFENDANT NOS. 236, 238, 268, 278, and 470**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 18, 2019, he caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Matthew R. Grothouse
Matthew R. Grothouse
Saper Law Offices, LLC
505 N LaSalle, Suite 350
Chicago, IL 60654
Bar No. 6314834
Telephone: 312-527-4100
matt@saperlaw.com

*Attorney for Defendant Nos. 236, 238, 268, 278, and 470*