IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GRUMPY CAT LIMITED, )
) Case No.: 19-cv-6676
)
) Judge Steven C. Seeger
Plaintiff, )
)
v. )
)
THE INDIVIDUALS, CORPORATIONS, )
LIMITED LIABILITY COMPANIES, )
PARTNERSHIPS AND UNINCORPORATED )
ASSOCIATIONS IDENTIFIED ON )
SCHEDULE A HERETO, )
)
Defendants. )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant | No. | Defendant | No. | Defendant |
|---|---|---|---|---|---|
| 21 | kkya9884 | 913 | CCBING | 1044 | HuiTian168 |
| 46 | Tianguo231 | 920 | Christop Axiy | 1045 | HuiZhong |
| 76 | Worth_to_buy | 921 | Chu chen168 | 1053 | Janen Henhuiy |
| 138 | Pinsens | 929 | Constant Spirit | 1055 | JHU KOOK |
| 477 | 554388080 | 930 | Cora Jenny | 1063 | JiuFeng Wu |
| 486 | Angela boss | 932 | crysss | 1066 | JOHN SMITH |
| 645 | Life GOGO | 940 | Darlene Peacock | 1084 | Lamb keith |
| 658 | Longrace | 945 | Derricri Barrone | 1091 | LiBi Viola |
| 676 | Marda | 953 | Donnad Ldny | 1094 | Lin Meides |
| 738 | S&S House | 985 | Fireworksss | 1099 | Liu Wenfeie |
| 335 | Hualiisland | 991 | For Yous | 1103 | LiYa LanCo |
| 864 | Adela Kellogg | 992 | Francis Mayn | 1109 | Love fled |
| 872 | Amos House | 1000 | Garden Market | 1115 | Luinunu |
| 877 | Ansel SheMiao | 1012 | Gregary Reynolds | 1121 | maitongzaix |
| 879 | April Stilwell | 1014 | Gusong Gsaang | 1122 | manhjatgdfndolin |
| 880 | Arlene HaoWeiTe | 1022 | Hebesbndfg | 1126 | Medgan Temp |
| 893 | Benson Wesley | 1023 | Heloise Bunyan | 1129 | MENXO |
| 904 | BoYang Petty | 1025 | Herman Ellis | 1143 | Nancyevuhgv |
| 907 | Brookefghgsh | 1035 | Houston XiXing | 1159 | Ogden Bertie |

| No. | Defendant | No. | Defendant |
|---|---|---|---|
| 1163 | ONE YUAN | 1293 | Wright Wilson |
| 1166 | OSPEN AHSJF | 1294 | Wu Han Kai Qi |
| 1172 | Phoebe Juliet | 1283 | Wei MavisShang Mao Co., Ltd |
| 1178 | Prime Leader | | |
| 1185 | QiMeng Josh | 1305 | Xjjjfjjgere |
| 1193 | rdjhfgvhngbjtfh | 1310 | Ya Sia Family |
| 1196 | Renyue Deal | 1327 | Yuanke Vanes |
| 1207 | Run Zannm | 1330 | Yutong Tech |
| 1210 | RunXin Funk | 1334 | Zhcou Fandag |
| 1213 | Samuel Kit | 1340 | Zora Joshua |
| 1215 | Sebastiaa Jacoibd | | |
| 1239 | T&H Home | | |
| 1246 | Teather | | |
| 1256 | Tyler Childe | | |
| 1261 | ULYTER | | |
| 1269 | Vicky DianXun | | |
| 1272 | Wacdang Qiang | | |
| 1276 | Wang Qingzhou | | |
| 1287 | WindRun703 | | |
| 1288 | Winifred Yanjie | | |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: January 7, 2020   By:   s/Michael A. Hierl_____
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
Grumpy Cat Limited

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 7, 2020.

                                                    s/Michael A. Hierl