**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
| | )   Case No.:   19-cv-6676 |
| | ) |
| | )   Judge   Steven C. Seeger |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 867 | Alcohol Odin |
| 868 | Alexander Hamilton |
| 919 | Christ Isabel |
| 967 | Eternal painting |
| 1024 | HengStore |
| 1050 | Iris Haggai |
| 1054 | Jesse Chrstopher |
| 1074 | juronghengshengxieyeyouxiangongsi |
| 1131 | Michaelia Washington |
| 1138 | Ms Art |
| 1160 | Oil Painting Art |
| 1203 | RongJi Li |
| 1249 | TianT |
| 1324 | YOUStores |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 6, 2020          By:    s/Michael A. Hierl_____

                                          Michael A. Hierl (Bar No. 3128021)
                                          William B. Kalbac (Bar No. 6301771)
                                          Hughes Socol Piers Resnick & Dym, Ltd.
                                          Three First National Plaza
                                          70 W. Madison Street, Suite 4000
                                          Chicago, Illinois 60602
                                          (312) 580-0100 Telephone
                                          mhierl@hsplegal.com

                                          Attorneys for Plaintiff
                                          Grumpy Cat Limited

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 6, 2020.

_s/Michael A. Hierl_____