IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
| | ) Case No.: 19-cv-6676 |
| | ) |
| | ) Judge Steven C. Seeger |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 903 | BLUESSKY |
| 944 | DerdYoaa |
| 947 | DHDPERIFJUER |
| 954 | Double Y |
| 956 | DreamyyyLife |
| 966 | EtenorLife |
| 984 | FIGGIF |
| 1004 | GinCrisis |
| 1021 | HAPPY SXFS |
| 1047 | HYS HOME |
| 1062 | JinSPef |
| 1065 | jkjmnkjkgvf |
| 1082 | Kuyanasfk |
| 1181 | pushehuanjingyishusheji Co Ltd |
| 1182 | QBahoe |
| 1218 | Shao YuSheng |
| 1227 | SKYLIHGT |
| 1235 | SUNNMOON FASHION |
| 1237 | SUOERKANGS |
| 1265 | vbfrjfuuwnicre |
| 1271 | VtmeDg |
| 1309 | xunzhoubaozhuang |
| 1315 | YGXDPM |
| 1321 | yonjiqa |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 11, 2020     By:     s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
Grumpy Cat Limited

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 11, 2020.

                                                                     s/Michael A. Hierl