IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
| Plaintiff, | ) Case No.: 19-cv-6676 |
| v. | ) Judge: Steven C. Seeger |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff GRUMPY CAT LIMITED, by and through undersigned counsel, respectfully submits this Notice of Supplemental Authority to inform the Court of a recent order by Judge Gary Feinerman in case 20-cv-304 (*Oraldent Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*) granting Plaintiff's motion for preliminary injunction. [Dkt. Nos. 44 and 45]. *Oraldent Ltd. v. The Partnerships et al.* generally involves similar issues of fact and law as this matter. The *Oraldent* order was entered on February 25, 2020.

Respectfully submitted,

Dated: February 26, 2020

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com

Attorneys for Plaintiff
GRUMPY CAT LIMITED

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on February 26, 2020 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system.

/s/ *Michael A. Hierl*