IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
| | ) Case No.: 19-cv-6676 |
| | ) |
| | ) Judge Steven C. Seeger |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GRUMPY CAT LIMITED, hereby dismisses without prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant | No. | Defendant |
|---|---|---|---|
| 588 | hetiandazao | 424 | Defendant sun7062.sun7063 |
| 759 | supersale | 425 | suoxi_2015 |
| 476 | 2017 liu xi fashion store | 447 | vrre6207 |
| 7 | xujingggv3 | 457 | xinlil3 |
| 246 | aidongdong777_5 | 459 | xuxiangdongppm-7 |
| 262 | binglida-0 | 461 | ybjq2019 |
| 281 | cuijunmkl-0 | 465 | yu889 |
| 284 | dadin33 | 466 | yuping2015 |
| 359 | jus2903 | 468 | yzhihon7 |
| 366 | lengchuanguo94054 | 471 | zhanghongmkn32-9 |
| 367 | ligan9 | 472 | zhangzhixue125-0 |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                Respectfully submitted,

Dated: March 23, 2020       By:    s/Michael A. Hierl
                                            Michael A. Hierl (Bar No. 3128021)
                                            William B. Kalbac (Bar No. 6301771)
                                            Hughes Socol Piers Resnick & Dym, Ltd.
                                            Three First National Plaza
                                            70 W. Madison Street, Suite 4000
                                            Chicago, Illinois 60602
                                            (312) 580-0100 Telephone
                                            mhierl@hsplegal.com

                                            Attorneys for Plaintiff
                                            Grumpy Cat Limited

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 23, 2020.

                                                   s/Michael A. Hierl