# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
## Eastern Division

Grumpy Cat Limited

                              Plaintiff,

v.                                                       Case No.: 1:19−cv−06676

                                                                               Honorable Steven C. Seeger

Defendant 236 (6.berta2), et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Status Report (Dckt. No. [171]) filed by Plaintiff. The two motions to dismiss (Dckt. Nos. [66], [86]) are denied as moot in light of the dismissal of those Defendants, as stated in the Status Report. As requested, the Court sets June 30, 2020 as the deadline for the filing of a motion for default judgment. The motion for preliminary injunction (Dckt. No. [57]) is hereby denied without prejudice. Since then, Plaintiff has filed dozens of notices of dismissal, and it is not clear to the Court how many Defendants remain, and what issues remain live. To the extent that there is a live controversy, Plaintiff may refile the motion if necessary. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.